UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Shannon Edmundson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-02051-TIA |
| **North American Company** | ) | |
| **for Life and Health Insurance,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On October 28, 2010, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Lewis M. Blanton, U.S. Magistrate Judge.

Dated this 29th day of October, 2010.

                                              James G. Woodward
                                              Clerk of Court

                                              By: /s/ Karen Moore
                                              Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**
**1:10-cv-00175-LMB.**